**Abatement Order filed August 22, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00656-CV

———————

## IN RE POST-NEWSWEEK STATIONS, HOUSTON, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1428102**

---

## ABATEMENT ORDER

On August 12, 2014, relator Post-Newsweek Stations, Houston, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mark Kent Ellis, presiding judge of the 351st District Court of Harris County, to vacate an order denying relator's motion for release of a video introduced as an exhibit in the underlying litigation.

On August 18, 2014, relator filed a motion to abate this original proceeding in order to address a discrepancy between the exhibit identified in its motion before

the trial court and the exhibit identified in its petition for writ of mandamus to this court. We **GRANT** relator's motion.

Therefore, without expressing any opinion on the merits of relator's petition, we abate this original proceeding, treat it as a closed case, and remove it from the court's active docket. This court will consider an appropriate motion filed by either party to reinstate or dismiss this original proceeding, as appropriate.

We further direct relator to advise this court of the status of its motion proceedings in the underlying litigation every thirty (30) days from the date of this order until this original proceeding is reinstated or dismissed.

It is so **ORDERED**.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.